UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERRY BREWER, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> RELIANCE STANDARD LIFE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant(s). ) | Case No. 4:09CV1356 JCH |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice.

Dated this 27th day of September, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE